◾ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MARIN, Appellant. — Judgment, Supreme Court, Bronx County (Joseph Cohen, J.), rendered on October 15, 1981, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Ross, Milonas, Kassal and Alexander, JJ.

◾ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDIS VELASQUEZ, Also Known as ANDRE VALASQUEZ, Also Known as ANDIES BASQUEZ, Appellant. — Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered on April 5, 1983, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Ross, Silverman, Bloom and Kassal, JJ.